IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**RE: Bruce & Sandra Menser**                                                          **Case No. 4:13-10750**

## APPLICATION FOR ADDITIONAL FEES

The attorney for the debtor for his application states:

1. I have performed the following **services** for the debtor in connection with the Objection to Allowance of Claim indicated below:

    X     Objection to Allowance of Claim . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $175.00
              Creditor:       White County Medical Center
              Claim No.:      6
              Objection to Proof of Claim
                   Docket Number: 55
                   File Date: 4/19/2016

2. I have incurred the following **costs**:

    X     Notification of 1 creditor & 1 debtor at $2.00 each           $   4.00
             (includes postage, photocopying and handling)

3. Attorney Fee & Costs Request:
         Total Fees Requested:               $175.00
         Total Costs Requested:             $   4.00
         Total Requested:                    $179.00
         Less Amount Collected from Client    $ 00.00
         To be paid by Trustee prior to
         payment to other Creditors:           $179.00

4. No agreement has been made directly or indirectly, and no understanding exists for division of fees between the attorney for the debtor and any other person, firm or corporation.

                                               Respectfully submitted,

                                               Niblock & Associates
                                               Attorneys at Law
                                               P. O. Box 1208
                                               Stuttgart, AR  72160
                                               (870) 673-8444

                                   BY:     */s/ G. Gregory Niblock*
                                                     G. Gregory Niblock    88047

*Edition:  July 31, 2013*                                                                        fee.app. 6. White County Medical Center